1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    332 North Second Street
     San Jose, California  95112
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4    Email:  tanya@moorelawfirm.com

5    Attorneys for Plaintiff
     Ronald Moore

6

7

8            **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11    RONALD MOORE,                   )    No.  1:13-cv-01487-LJO-SMS
                                )
12           Plaintiff,          )    **STIPULATION FOR DISMISSAL**
                                )    **WITHOUT PREJUDICE OF**
13        vs.                    )    **DEFENDANT JIFFY LUBE**
                                )    **INTERNATIONAL, INC. ONLY;  ORDER**
14    JIFFY LUBE INTERNATIONAL, INC., et    )
     al.,                                   )
15                                   )
16           Defendants.        )
                                )
17                                   )
18    _____ )

19

20

21

22

23

24

25

26

27

28

           STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Jiffy Lube International, Inc., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendant Jiffy Lube International, Inc.** be dismissed from the action **without prejudice**. Each party is to bear its own attorneys' fees and costs.

Date: November 21, 2013                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff
                                           Ronald Moore

Date: November 21, 2013                    HARDY ERICH BROWN & WILSON, APLC


                                           */s/ Stephen L. Ramazzini*
                                           Stephen L. Ramazzini
                                           Stephen W. Robertson
                                           Attorneys for Defendant
                                           Jiffy Lube International, Inc.

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendant Jiffy Lube International, Inc.** be dismissed from this action **without prejudice**. Each party shall bear its own attorney's fees and costs.  The clerk is directed not to close this action.


IT IS SO ORDERED.

Dated:   **November 21, 2013**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE