1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RONALD MOORE,                          )  No.  1:13-cv-01487-LJO-SMS
                                           )
12           Plaintiff,                    )  **STIPULATION FOR DISMISSAL**
                                           )  **WITHOUT PREJUDICE OF**
13      vs.                                )  **DEFENDANT JIFFY LUBE**
                                           )  **INTERNATIONAL, INC. ONLY;  ORDER**
14  JIFFY LUBE INTERNATIONAL, INC., et     )
    al.,                                   )
15                                         )
                                           )
16           Defendants.                   )
                                           )
17                                         )
                                           )
18  _____)

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Jiffy Lube International, Inc., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendant Jiffy Lube International, Inc.** be dismissed from the action **without prejudice**. Each party is to bear its own attorneys' fees and costs.

Date: November 21, 2013            MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff
Ronald Moore

Date: November 21, 2013            HARDY ERICH BROWN & WILSON, APLC

*/s/ Stephen L. Ramazzini*
Stephen L. Ramazzini
Stephen W. Robertson
Attorneys for Defendant
Jiffy Lube International, Inc.

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendant Jiffy Lube International, Inc.** be dismissed from this action **without prejudice**. Each party shall bear its own attorney's fees and costs. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **November 21, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE