**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>  v.<br><br>JIFFY LUBE INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No. 1:13-CV-01487-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. 22) |

On February 28, 2014, Plaintiff Ronald Moore moved to amend the complaint in this action. On March 19, 2014, Defendants Broadbase, Inc., and Clovis Center, LP, filed a statement of non-opposition. Accordingly, the Court hereby GRANTS Plaintiff's motion to amend the complaint.

IT IS SO ORDERED.

Dated: **March 26, 2014**          /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE