1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8               **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                    ) No. 1:13-cv-01487-LJO-SMS
                                    )
12         Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
                                    ) **ENTIRE ACTION WITH PREJUDICE;**
13     vs.                           ) **ORDER**
                                    )
14 CLOVIS CENTER, LP, et al.,       )
                                    )
15         Defendants.               )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 1

1    IT IS HEREBY STIPULATED by and between Plaintiff, Ronald Moore, and
2 Defendants, Clovis Center, LP, and Broadbase, Inc., doing business as Jiffy Lube, the parties to
3 this action, by and through their respective counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the
4 Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with
5 prejudice in its entirety.  Each side is to bear its own attorneys' fees and costs.

7 IT IS SO STIPULATED.

9 Dated: October 31, 2014                    MOORE LAW FIRM, P.C.

11                                           */s/ Tanya E. Moore*
                                             TANYA E. MOORE
12                                           Attorneys for Plaintiff,
                                             Ronald Moore
13

14                                           HARDY ERICH BROWN & WILSON

16                                           */s/ Stephen W. Robertson*
                                             STEPHEN W. ROBERTSON
17                                           Attorneys for Defendants,
                                             Clovis Center, LP and Broadbase, Inc.

21 IT IS SO ORDERED.

22   Dated:   **October 31, 2014**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 2